# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## ON REHEARING

## JUDGMENT RENDERED DECEMBER 31, 2020

## NO. 03-19-00474-CV

**Martin Lara, Sr.; Martin Lara, Jr.; and
Coast to Coast Insurance Services, LLC, Appellants**

**v.**

**Streamline Insurance Services, LLC; and Streamline Insurance Services, Inc., Appellees**

---

**APPEAL FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES TRIANA AND SMITH
AFFIRMED IN PART, REVERSED AND RENDERED IN PART,
REMANDED ON MOTION FOR REHEARING -- OPINION BY JUSTICE TRIANA**

---

This is an appeal from the order signed by the district court on June 27, 2019. Appellees have filed a motion for rehearing, and having reviewed the motion, the record, and the parties' arguments, we deny the motion for rehearing. The Court withdraws its opinion and judgment from August 26, 2020. The Court holds that there was reversible error in the district court's order. The Court reverses in part the district court's order denying Appellants' Texas Citizens Participation Act (TCPA) motion to dismiss and renders judgment dismissing Streamline's claims against the Laras for knowing participation in a breach of fiduciary duty and tortious

interference with a contract.  The Court also reverses in part the district court's order denying Appellants' TCPA motion to dismiss and renders judgment dismissing Streamline's claim against Coast to Coast for knowing participation in a breach of fiduciary duty, to the extent that claim is based on Molina's assistance with procuring the New Mexico office space.  The Court affirms the district court's denial of the motion to dismiss the remainder of Streamline's claims against Coast to Coast for knowing participation in a breach of fiduciary duty and tortious interference with a contract.  The Court remands the case to the trial court for further proceedings consistent with this opinion.  Appellees shall pay all costs relating to this appeal, both in this Court and in the court below.